IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER BUCHANAN**                                                               **PLAINTIFF**
**ADC #176655**

v.                          No: 2:21-cv-00096 JM-PSH

**BOBBY MAYE,** *et al.*                                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Buchanan's inadequate medical care claims against Dr. Elkin in his individual capacity will proceed; and

2. Buchanan's other claims are dismissed without prejudice.

DATED this 16th day of September, 2021.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE