IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRISTOPHER BUCHANAN                                                        PLAINTIFF
ADC #176655

v.                          No: 2:21-cv-00096 JM-PSH

ELKIN                                                                       DEFENDANT

**ORDER**

Plaintiff Christopher Buchanan has filed a motion to compel stating that he has insufficient funds in his prison account to pay for supplies he needs for legal matters (Doc. No. 18).  It is not clear what relief Buchanan seeks, but he claims that the filing fees for this case and another (2:21-cv-00013-DPM-ERE) have depleted his funds.  Buchanan's motion is denied.  The prison's handling of Buchanan's prison account is not an issue in this lawsuit, and the Court does not interject itself into prison administration.  The Court notes that no funds have been received by the Court with respect to this case, and only $55.63 has been received for 2:21-cv-00013-DPM-ERE.  Statements of Buchanan's accounts for these cases are attached to this Order.

IT IS SO ORDERED this 9th day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

11/08/2021 03:13 PM                                                                                           Version 7.0.1   Page 1   of   4

# U.S. Courts
## Case Inquiry Report
Case Number: DARE221CV000096; Party Number: N/A; Payee Code: N/A
Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

**Case Number**  DARE221CV000096     **Case Title**  CHRISTOPHER BUCHANAN

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPA1765 | PLRA FILING FEE 5100PL | | 190.00 | 0.00 | 190.00 |
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPA1765 | PLRA FILING FEE 0869PL | | 60.00 | 0.00 | 60.00 |
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPA1765 | PLRA FILING FEE 086400 | | 100.00 | 0.00 | 100.00 |
| | | | | | | 350.00 | 0.00 | 350.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

11/08/2021 03:13 PM                                                                                              Version 7.0.1   Page  2   of  4

# U.S. Courts
## Case Inquiry Report
Case Number: DARE221CV000096; Party Number: N/A; Payee Code: N/A
Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

**Detailed Party Information:**

| Party# | Party Code | Party Name |
|---|---|---|
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN |

**Debt Type**
PLRA FILING FEE 5100PL

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Fund** | 5100PL |  |  | N/A |
| **Owed** | 190.00 | 0.00 | 0.00 | 190.00 |
| **Collected** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Outstanding** | 190.00 | 0.00 | 0.00 | 190.00 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 0.00 | 0.00 | N/A | 0.00 |

PLRA FILING FEE 0869PL

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Fund** | 0869PL |  |  | N/A |
| **Owed** | 60.00 | 0.00 | 0.00 | 60.00 |
| **Collected** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Outstanding** | 60.00 | 0.00 | 0.00 | 60.00 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 0.00 | 0.00 | N/A | 0.00 |

PLRA FILING FEE 086400

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Fund** | 086400 |  |  | N/A |
| **Owed** | 100.00 | 0.00 | 0.00 | 100.00 |
| **Collected** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Outstanding** | 100.00 | 0.00 | 0.00 | 100.00 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |

# U.S. Courts
## Case Inquiry Report
Case Number: DARE221CV000096; Party Number: N/A; Payee Code: N/A
Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

|  | | | | |
|---|---:|---:|---:|---:|
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 0.00 | 0.00 | N/A | 0.00 |

|  | **Totals** | | | |
|---|---:|---:|---:|---:|
|  | Principal | Interest | Penalty | Total |
| **Owed** | 350.00 | 0.00 | 0.00 | 350.00 |
| **Collected** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Outstanding** | 350.00 | 0.00 | 0.00 | 350.00 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 0.00 | 0.00 | N/A | 0.00 |

11/08/2021 03:13 PM                                                                                                                    Version 7.0.1   Page  4    of   4

# U.S. Courts
## Case Inquiry Report
Case Number: DARE221CV000096; Party Number: N/A; Payee Code: N/A
Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line# | Debt Type | | Payee Line# | Depository Line# | Check Number | | |

11/08/2021 03:19 PM                                                                                                   Version 7.0.1   Page 1   of   4

# U.S. Courts
## Case Inquiry Report
Case Number: DARE221CV000013; Party Number: N/A; Payee Code: N/A
Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

**Case Number** DARE221CV000013  **Case Title** CHRISTOPHER BUCHANAN

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPA1147 | PLRA FILING FEE 5100PL | | 190.00 | 55.63 | 134.37 |
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPA1147 | PLRA FILING FEE 0869PL | | 60.00 | 0.00 | 60.00 |
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPA1147 | PLRA FILING FEE 086400 | | 100.00 | 0.00 | 100.00 |
| | | | | | | 350.00 | 55.63 | 294.37 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

# U.S. Courts
## Case Inquiry Report
Case Number: DARE221CV000013; Party Number: N/A; Payee Code: N/A
Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

**Detailed Party Information:**

| Party# | Party Code | Party Name |
|---|---|---|
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN |

**Debt Type**
PLRA FILING FEE 5100PL

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Fund** | 5100PL |  |  | N/A |
| **Owed** | 190.00 | 0.00 | 0.00 | 190.00 |
| **Collected** | 55.63 | 0.00 | 0.00 | 55.63 |
| **Outstanding** | 134.37 | 0.00 | 0.00 | 134.37 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 55.63 | 0.00 | N/A | 55.63 |

PLRA FILING FEE 0869PL

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Fund** | 0869PL |  |  | N/A |
| **Owed** | 60.00 | 0.00 | 0.00 | 60.00 |
| **Collected** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Outstanding** | 60.00 | 0.00 | 0.00 | 60.00 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 0.00 | 0.00 | N/A | 0.00 |

PLRA FILING FEE 086400

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Fund** | 086400 |  |  | N/A |
| **Owed** | 100.00 | 0.00 | 0.00 | 100.00 |
| **Collected** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Outstanding** | 100.00 | 0.00 | 0.00 | 100.00 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |

# U.S. Courts
## Case Inquiry Report
Case Number: DARE221CV000013; Party Number: N/A; Payee Code: N/A
Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 0.00 | 0.00 | N/A | 0.00 |

**Totals**

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Owed** | 350.00 | 0.00 | 0.00 | 350.00 |
| **Collected** | 55.63 | 0.00 | 0.00 | 55.63 |
| **Outstanding** | 294.37 | 0.00 | 0.00 | 294.37 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 55.63 | 0.00 | N/A | 55.63 |

11/08/2021 03:19 PM                                                                                                          Version 7.0.1  Page  4   of  4

# U.S. Courts
## Case Inquiry Report
Case Number: DARE221CV000013; Party Number: N/A; Payee Code: N/A
Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line# | Debt Type | | Payee Line# | Depository Line# / Check Number | | | |
| CTC T062321DARE221CV000013001 | 30-JUN-21 | 01-JUL-21 | PR | 12.00 | CHRISTOPHER BUCHANAN | O | 04 | 5100PL |
| DARE221CV000013-001 | 1 | PLRA FILING FEE 5100PL | | | | | | |
| CTC T062821DARE221CV000013001 | 28-JUN-21 | 05-JUL-21 | PR | 3.67 | CHRISTOPHER BUCHANAN | O | 04 | 5100PL |
| DARE221CV000013-001 | 1 | PLRA FILING FEE 5100PL | | | | | | |
| CTC T070621DARE221CV000013001 | 06-JUL-21 | 07-JUL-21 | PR | 0.00 | CHRISTOPHER BUCHANAN | O | 04 | 5100PL |
| DARE221CV000013-001 | 1 | PLRA FILING FEE 5100PL | | | | | | |
| CTC T081721DARE221CV000013001 | 17-AUG-21 | 18-AUG-21 | PR | 12.00 | CHRISTOPHER BUCHANAN | O | 04 | 5100PL |
| DARE221CV000013-001 | 1 | PLRA FILING FEE 5100PL | | | | | | |
| CTC T091621DARE221CV000013001 | 16-SEP-21 | 17-SEP-21 | PR | 12.00 | CHRISTOPHER BUCHANAN | O | 04 | 5100PL |
| DARE221CV000013-001 | 1 | PLRA FILING FEE 5100PL | | | | | | |
| CTC T092721DARE221CV000013001 | 27-SEP-21 | 27-SEP-21 | PR | 12.00 | CHRISTOPHER BUCHANAN | O | 04 | 5100PL |
| DARE221CV000013-001 | 1 | PLRA FILING FEE 5100PL | | | | | | |
| CTC T110521DARE221CV000013001 | 05-NOV-21 | 05-NOV-21 | PR | 3.96 | CHRISTOPHER BUCHANAN | O | 04 | 5100PL |
| DARE221CV000013-001 | 1 | PLRA FILING FEE 5100PL | | | | | | |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CTC | Cash Receipt - Courts CCA Automated |