IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRISTOPHER BUCHANAN                                                      PLAINTIFF
ADC #176655

v.                           No: 2:21-cv-00096 JM-PSH

DARRELL ELKIN                                                              DEFENDANT

## ORDER

The Court has reviewed the Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that that Dr. Elkin's motion to strike duplicate claim (Doc. No. 49) is granted; and Buchanan's claim against Dr. Elkin based on his treatment of a sexually transmitted disease is dismissed without prejudice in this case.

DATED this 7th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE