IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRISTOPHER BUCHANAN                                         PLAINTIFF
ADC #176655

v.                         No: 2:21-cv-00096 JM-PSH

DARRELL ELKIN                                                DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Buchanan's motion for summary judgment (Doc. No. 56) is denied.

DATED this 7th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE