**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**CHRISTOPHER BUCHANAN
ADC #176655**                                                                                   **PLAINTIFF**

**V.**                                        **2:21CV00096 JM-PSH**

**DARRELL ELKIN, "Doctor" SFCJ
CONTRACT PROVIDER**                                                      **DEFENDANT**

## <u>ORDER</u>

The Court has reviewed Plaintiff's appeal of United States Magistrate Judge Patricia S. Harris's Order dated May 31, 2023 granting the Defendant's motion for extension of time to supplement the record in this case.[1] After de novo review, the Court affirms Judge Harris's decision to allow the Defendant an additional 28 days to supplement the record based upon defense counsel's attestation that she has a conflict of interest and can no longer represent the Defendant. Plaintiff has provided no evidence of undue delay on the part of the Defendant or prejudice to his case resulting from the extension of time.

Plaintiff's appeal (ECF No. 103) of the Order dated May 31, 2023 (ECF No. 99) is DENIED.

IT IS SO ORDERED this 5th day of June, 2023.

_____
James M. Moody Jr.
United States District Judge

---

[1] The Clerk is directed to change the title of docket entry 103 to Appeal of Order [99] to District Judge.