IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHRISTOPHER BUCHANAN**                                                   **PLAINTIFF**
**ADC #176655**

v.                  No: 2:21-cv-00096 JM-PSH

**DARRELL ELKIN**                                                         **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Elkin's motion for summary judgment (Doc. No. 66) is granted. Judgment is granted in favor of Elkin on Buchanan's pending claims of deliberate indifference, and those claims are dismissed with prejudice.

DATED this 23rd day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE