# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**CHRISTOPHER BUCHANAN**  **PLAINTIFF**
**ADC #176655**

v.                    No: 2:21-cv-00096 JM-PSH

**DARRELL ELKIN**  **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing Plaintiff's claims against Darrell Elkin with prejudice. Plaintiff's claims against defendants Bobby Maye and David Underwood are dismissed without prejudice.[1]

DATED this 23rd day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE

---

[1] See Doc. Nos. 7 & 10.